UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: :
:
LAUREN M. FRANCIS-JACKSON, : Case No. 19-1-5594-LSS
: Chapter 13
Debtor. :
:

**NOTICE THAT THE MEETING OF CREDITORS HAS BEEN CONTINUED**

**PLEASE TAKE NOTICE** that at the request of Richard Gilman, Esq. (the "Requestor") to continue the meeting of creditors to be held in the above-captioned case pursuant to section 341 of the Bankruptcy Code, Timothy P. Branigan, the trustee in the case, has agreed to a continuance. The continued meeting of creditors will be held at the Office of the United States Trustee, 6305 Ivy Lane, Room 620 or 621, Greenbelt, Maryland 20770 at 12:00 PM on June 20, 2019. **THERE WILL BE NO FURTHER CONTINUANCES. <u>FAILURE TO PRESENT VALID, ORIGINAL IDENTIFICATION WILL RESULT IN A MOTION TO DISMISS</u>**.

PLEASE NOTE THAT THE REQUESTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND OTHER PARTIES IN INTEREST INCLUDED ON THE MAILING MATRIX ON FILE WITH THE COURT. THE REQUESTOR MUST ALSO SEND A CERTIFICATE OF MAILING OF THIS NOTICE TO THE TRUSTEE'S OFFICE SO THAT IT ARRIVES AT LEAST 2 DAYS BEFORE THE CONTINUED HEARING DATE, OR THE TRUSTEE WILL NOT CONDUCT THE HEARING.

June 9, 2019        /s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

- 2 -

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Richard Gilman, Esq.

                                                        /s/ Timothy P. Branigan
                                          Timothy P. Branigan (Fed. Bar No. 06295