# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–15594 – LSS**   Chapter: **7**

**Lauren Michele Francis–Jackson**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

DOCUMENT:   **Voluntary Petition**

PROBLEM:   **The Statement of Intention is missing.**

CURE:   **The Statement of Intention shall be filed with the Court by the date below.**
**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by 7/24/19 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 6/24/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Anderson
410–962–7964

cc:   Debtor
     Attorney for Debtor – Richard L. Gilman

Form stint (rev. 03/2005)