United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 19-15594-LSS
Lauren Michele Francis-Jackson                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: jmanderso          Page 1 of 1          Date Rcvd: Jun 24, 2019
                              Form ID: stint           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Lauren Michele Francis-Jackson,    4439 Beckenham Pl,    Upper Marlboro, MD 20772-6912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Gene   Jung    gene.jung@brockandscott.com,  mdecf@brockandscott.com,wbecf@brockandscott.com,
               cecily.perry@brockandscott.com
              Janet M. Nesse    jnesse@mhlawyers.com, DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,
               jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com
              Richard L. Gilman    rgilman@gilmanedwards.com, kedwards@gilmanedwards.com,
               elivingston@gilmanedwards.com,chamilton@gilmanedwards.com,gilmanrr71225@notify.bestcase.com
              Timothy P. Branigan    cmecf@chapter13maryland.com
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **19–15594 – LSS**   Chapter: **7**

**Lauren Michele Francis–Jackson**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below.** <br> **A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by 7/24/19 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 6/24/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Anderson
410–962–7964

cc:   Debtor
      Attorney for Debtor – Richard L. Gilman

Form stint (rev. 03/2005)