IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:
Lauren Michele Francis-Jackson
    Debtor

Case No. 19-15594-LSS

Nations Direct Mortgage
    Movant

vs.

Chapter 7

Lauren Michele Francis-Jackson
    Debtor

and

Janet M. Nesse
    Chapter 7 Trustee

### MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 4439 BECKENHAM PLACE, UPPER MARLBORO, MARYLAND 20772

COMES NOW, Nations Direct Mortgage (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001, and respectfully represents as follows:

1.    Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2.    On or about April 25, 2019, Lauren Michele Francis-Jackson (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13. This case subsequently converted to a Chapter 7 matter.

3. Janet M. Nesse is the duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate.

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Prince George's County, Maryland, and improved by a residence known as 4439 Beckenham Place, Upper Marlboro, Maryland 20772 (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor whose interest is evidenced by a promissory note ("Note") dated January 19, 2016, in the original principal amount of $240,562.00 with interest at the original note rate of 4.250%. A copy of the promissory note is attached.

6. Said Note is secured by a certain Deed of Trust also dated January 19, 2016 and recorded in Liber 37851, Folio 00189 among the land records of Prince George's County, Maryland, related to the Property. A copy of the deed of trust is attached.

7. Movant now seeks relief from the automatic stay against Debtor pursuant to 11 U.S.C. § 362(d)(1) for Debtor's failure to maintain adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

8. The Debtor is in default under the Deed of Trust and Note and is contractually due for: July 1, 2018 thorough November 1, 2018 payments of $1,887.60 each for a subtotal of $9,438.00; December 1, 2018 through April 1, 2019 payments of $1737.37 each for a subtotal of $8,686.85; May 1, 2019 through July 1, 2019 payments of $1755.39 for a subtotal of $5,266.17. Payment arrears alone at this point total $23,391.02. Movant has incurred legal fees of $750.00 and filing cost of $181.00 associated with the present motion.

9. A detailed statement of debt required by Maryland Local Bankr. Rule 4001-1(b), is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $230,822.46 |
| Accrued Interest | $10,508.79 |
| Escrow Balance | $3,842.37 |
| Total - Fees | $50.00 |
| Late Charges | $142.02 |
| Pro Rata MIP/MPI | $157.17 |
| Recoverable Balance | $5,358.08 |
| Total: | $250,880.89 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

10. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

11. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant, its successors and/or assigns, to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 4439 Beckenham Place, Upper Marlboro, Maryland 20772 and to allow successful purchaser to obtain possession of same; and,

2. Grant such other and further relief as may be just and necessary.

Respectfully submitted,

Date:  July 9, 2019      /s/ Gene Jung, Esq.
Gene Jung, Esq., MD Fed. Bar No. 14950
Brock & Scott, PLLC
7564 Standish Place, Suite 115
Rockville, Maryland 20855
(410) 306-7821
gene.jung@brockandscott.com
*Counsel for Movant*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July, 2019, the following persons were served a copy of the Motion for Relief from Automatic Stay, in the manner described below:

*Via* CM/ECF Electronic Notice:

Richard L. Gilman, Esq.  
8401 Corporate Drive  
Suite 450  
Landover, MD 20785  
*Counsel for Debtor*

Janet M. Nesse  
6411 Ivy Lane  
Suite 200  
Greenbelt, MD 20770  
*Chapter 7 Trustee*

*Via* First Class Mail, Postage Prepaid:

Lauren Michele Francis-Jackson  
4439 Beckenham Place  
Upper Marlboro, MD 20772  
*Debtor*

/s/ Gene Jung  
Gene Jung