```
                                          Prince George's Cty Cir Crt
                                          IMP FD SURE           $40.00
                                          RECORDING FEE         $20.00

                                          TOTAL                 $60.00
                                          ME   TH
                                          Dec 07, 2018      04:06 pm
```

# CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. (MERS), as nominee for Nations Direct Mortgage, LLC dba Motive Lending, its successors and assigns, does hereby assign and transfer to Nations Direct Mortgage, LLC, all its right, title, and interest in and to a certain Deed of Trust executed by Lauren Francis Jackson, with Original Trustees being KG Title, Inc., and bearing the date of January 19, 2016, and recorded on February 10, 2016, in the Land Records of the Circuit Court of Prince George's County, Maryland, in Deed Book 37851 at Page 195.

Property Address: 4439 Beckenham Place, Upper Marlboro, Maryland 20772
TAX ID: ███████

Signed on the 28 day of November, 2018

Mortgage Electronic Registration Systems, Inc. (MERS), as nominee for Nations Direct Mortgage, LLC dba Motive Lending, its successors and assigns

By: _____  Harry Swanson

Its: Vice President

STATE OF Illinois
CITY/COUNTY OF Lake, to-wit:

On the 28 day of November, 2018, before me, a Notary Public, personally appeared Harry Swanson, known to me, who being duly sworn did say that he/she is the Vice President of Mortgage Electronic Registration Systems, Inc. (MERS), as nominee for Nations Direct Mortgage, LLC dba Motive Lending, its successors and assigns, and that said instrument was signed on behalf of said corporation.

Given under my hand and seal and effective this 28 day of November, 2018.

By: Elizabeth Brennan
    Notary Public

My Commission Expires: 10/24/2021                    (SEAL)
Notary Registration #: 863676

Prepared by and return to:
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
MIN#: 1006118-0000068105-8
MERS Address: P.O. Box 2026, Flint, MI 48501-2026
MERS Phone: (888) 679-6377

ELIZABETH BRENNAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 24, 2021

File Number: ███████